Plaintiff's Name **Sheldon Johnson**
Prisoner No. **1236084**
Institutional Address **Maguire Correctional Facility 1300 Maple Street Redwood City, CA 94063**

**FILED**

Mar 03 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Sheldon Johnson**
*(Enter your full name)*

v.

**SAN MATEO COUNTY**

**DAVE PINE, CAROLE GROOM**
**DON HORSELY, WARREN SLOCUM**
**DAVID J. CANEPA**

*(Enter the full name(s) of all defendants in this action)*

Case No. **5:22-cv-001342-SVK**
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement **Maguire Correctional Facility 1300 Maple Street Redwood City, CA 94063**

B. Is there a grievance procedure in this institution?  ☐ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
   ☐ YES   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: _____

   _____

   2. First formal level: _____

   _____

3. Second formal level: _____

4. Third formal level: _____

E. Is the last level to which you appealed the highest level of appeal available to you?
☐ YES   ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.
THIS IS A CONSTITUTIONAL FIRST AMENDMENT VIOLATION DENIES PLAINTIFF U.S POSTAL MAIL SERVICES TO CUSTODY FACILITY

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).
OTHER PLAINTIFF'S ARE filing Their own seperate CIVIL Rights 42 U.S.C 1983 complaint

B. For each defendant, provide full name, official position and place of employment.
SAN MATEO COUNTY BOARD OF SUPERVISOR'S DAVE PINE, CAROLE GROOM, DON HORSELY WARREN SLOCUM, DAVID CANEPA COUNTY GOVERNMENT CENTER FIRST FLOOR ROOM 400 COUNTY CENTER Redwood City, CA 94063

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.
THIS IS A CONSTITUTIONAL FIRST AMENDMENT VIOLATION DENIES PLAINTIFF U.S POSTAL MAIL SERVICES TO CUSTODY FACILITY

*Prisoner Complaint (rev. 12/2020)*

Plaintiff alleges on April 04, 2021 the Sheriff County Authorities stop all inmates incoming mail postal services throughout the Maguire Correctional facility to all inmates in custody.

Furthermore Plaintiff not involved inmates connected with someone outside the community a suspect conspired with other inmates to smuggle in custody 13 film strip of suboxone through the custody mail postal service system.

And as a result the Sheriff Authorities failed to identify a inmate suspect other than Plaintiff a inmate suspect in custody a suspect who had authorized a community suspect to smuggle in custody 13 film strips of suboxone through the custody mail postal system.

And as a proximate cause the Sheriff Authorities shut down all Plaintiff custody incoming handwritten mailed letters Plaintiff to have no more access to receive any postal mail services delivered to Plaintiff custody housing unit facility address.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Plaintiff Respectfully Request a preliminary Injunction Relief Order and Appointment of Counsel 28 U.S.C 1915 (e)(1) Plaintiff Request Nominal damages Relief $500.00 a month from the time defendants stop Plaintiff postal mail services until Defendants Restore Plaintiff mail services back to Plaintiff custody housing unit facility address and other assessment this court may deem proper, just and equitable

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 2/28/22

1. And as a proximate cause defendants continue
2. to deprive Plaintiff his constitutional First
3. Amendment Rights to enjoy the Rights to Receive
4. incoming mail postal services Handwriting letters
5. Alleged from Plaintiff Family members, Friends
6. Children, and other outside Related Business Allege
7. Resources.
8. And hereby Defendants continue to obstruct, and
9. prevent and Return Plaintiff mail postal services
10. back to the community mail sender thereto
11. in violation to Plaintiff First Amendment Allege
12. Constitutional Rights to the United States Constitution