2-28-2022

Please make this letter apart of the Court Record

Case No: 5:22-cv-001342-SVK

FILED
Mar 03 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Clerk,

Can you please send us a one time full copy complaint allegations to each Plaintiff for our own personal records.

A one time full copy complaint allegation stamp file endorse would be needed for future litigation in case. I would have to respond to the court. I would need to remember what I said as a result information in my complaint. In order to protect me from getting any future strikes towards my Constitutional filing rights in the near future.

So, please send us a one time full copy complaint for this purpose

Thank you.

ATTN: Below

All complaints under the Civil Rights 42 U.S.C 1983 has been exhausted under Marcel E. Chapman Case NO. 21-CV-09038-HSG Filed order 2-11-22 page 3 line 17-21 These civil complaints are filed in Marcel E. Chapman lawsuit allegation pendings order of his lawsuit. Claim on the U.S postal mail services plaintiff denied mail postal service to custody facility