UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON JOHNSON, <br>   Plaintiff, <br>   v. <br> SAN MATEO COUNTY, et al., <br>   Defendants. | Case No. 22-cv-01342 BLF (PR) <br><br> **ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed a civil rights action under 42 U.S.C. § 1983 against the San Mateo County Board of Supervisors for unconstitutional prison conditions at the Maguire Correctional Facility ("MCF") in Redwood City. Dkt. No. 1. On July 11, 2022, the Court screened the complaint and dismissed it with leave to amend to attempt to correct various deficiencies. Dkt. No. 8. Plaintiff was directed to file an amended complaint within twenty-eight days of the order, and that failure to respond would result in the dismissal of the action with prejudice for failure to state a claim. *Id.* at 6.

The deadline has passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is DISMISSED with prejudice for failure to state a claim.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  ___August 24, 2022_____

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.22\01342Johnson_dism(no-amend)

2