United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHELDON JOHNSON, | Case No. 22-cv-01342 BLF (PR) |
| --- | --- |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SAN MATEO COUNTY, et al., | |
| Defendants. | |

The Court has dismissed the instant civil rights action with prejudice for failure to state a claim. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:** __August 24, 2022_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.22\01342Johnson_judgment