# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

    22-cv-01342-BLF
    Johnson v. San Mateo County

I find that the more recently filed cases below are not related to the case assigned to me.

| Case | Title | Related | Not Related |
| --- | --- | --- | --- |
| 23-cv-01865-DMR | A.B.O. Comix v. County of San Mateo | | X |
| 22-cv-05012-YGR | Briggs v. San Mateo County | | X |
| 22-cv-01346-JST | Prasad v. Bolanos | | X |

Dated: May 2, 2023

By: /s/ Beth Labson Freeman
Beth Labson Freeman
United States District Judge